# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

1st AMENDED CHAPTER 13 PLAN **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS) 16-21832-L

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Flora Washington Shields SS# xxx-xx-0867

 SS#

ADDRESS: 2681 Durby Circle, Memphis, TN  38114

PLAN PAYMENT: Debtor to pay $ 190.00 **Semi-monthly**

PAYROLL DEDUCTION: Methodist Germantown OR ( ) DIRECT PAY

 1211 Union Ave. BECAUSE:

 Memphis, TN 38104 FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

 PAYMENT

CHILD SUPPORT: Future Support through Plan to

 Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
Citi Financial Mortgage (current) ongoing payment begins
 Approximate arrearage Interest
 ongoing payment begins
 Approximate arrearage Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Methodist Federal Credit Union (*2012 Chevy Impala) | $ 9,200.00 | 5.50% | $ 184.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS:  Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION:  Plan shall terminate upon payment of the above, approximately **60** months.