UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

IN RE:

FLORA WASHINGTON SHIELDS,   CHAPTER 13
                            CASE NO. 16-21832-L
DEBTOR.                     SS # XXX-XX-0867

### MOTION TO MODIFY PLAN-POST CONFIRMATION TO SUSPEND PAYMENTS

Comes now the debtor, by and through counsel, and hereby moves this Court to suspend for ninety days the scheduled payments due under the Chapter 13 Plan. In support of said motion, Debtor would show unto the Court that she is on medical leave, and is unable to make the scheduled plan payments.

WHEREFORE, Debtor prays that this matter be set for a hearing, that the Court enter an order to allow her to suspend the scheduled plan payments for ninety days or until she is able to return to work, whichever occurs first, and that the Chapter 13 Trustee adjust the plan accordingly.

Respectfully submitted,

/s/ Jimmy E. McElroy   #011908
Attorney for Debtor
3780 S. Mendenhall
Memphis, TN  38115

Certificate of Service
The undersigned certifies that the above motion was mailed VIA United State Postal Service to all parties listed below on January 22, 2019.

/s/Jimmy E McElroy

Debtor
Debtor's Attorney
Case Trustee
All Entities On Matrix